IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:18-cv-00058-BO

| | |
|---|---|
| ATLANTIC COAST PIPELINE, LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> 0.07 ACRE, MORE OR LESS, IN HALIFAX COUNTY, NORTH CAROLINA *et al.*, <br><br> *Defendants*. | **NOTICE OF VOLUNTARY DISMISSAL OF THE ACTION** <br><br> Fed. R. Civ. P. 41(a)(1)(A)(i) and 71.1(i)(1)(A) |

Pursuant to Rules 41(a)(1)(A)(i) and 71.1(i)(1)(A) of the Federal Rules of Civil Procedure, plaintiff Atlantic Coast Pipeline, LLC ("Atlantic"), by counsel, hereby voluntarily dismisses without prejudice this condemnation action against the subject property and all other defendants.

No compensation hearing on the subject property has begun, and Atlantic has not acquired title or a lesser interest or taken possession of the subject property. The subject property consists of that certain tract of land described as Parcel Identification No. 0600992, composed of 1 acre, more or less, located in Halifax County, North Carolina and being more particularly described as a Death Certificate in Book 105, Page 70 and by a Warranty Deed in Book 898, Page 1 of the public records of said County.

*WHEREFORE*, this action may be dismissed in its entirety without prejudice.

This the 11th day of May, 2018.

/s/ Henry L. Kitchin, Jr.
Henry L. Kitchin, Jr.
N.C. State Bar No. 23226
MCGUIREWOODS LLP
Post Office Box 599 (28402)
Wilmington, North Carolina 28401
Telephone: (910) 254-3800
Facsimile: (910) 254-3900
Email: hkitchin@mcguirewoods.com

Sherrod Banks (NC Bar No. 15763)
Email: sbanks@bankslawfirm.com
Danielle Barbour Wilson (NC Bar No. 39516)
Email: dwilson@bankslawfirm.com
The Banks Law Firm, P.A.
P.O. Box 14350
Research Triangle Park, North Carolina 27709
Telephone: (919) 474-9137
Facsimile: (919) 474-9537

*Of Counsel:*

John D. Wilburn
Email: jwilburn@mcguirewoods.com
Richard D. Holzheimer, Jr.
Email: rholzheimer@mcguirewoods.com
McGuireWoods LLP
1750 Tysons Boulevard, Suite 1800
Tysons, Virginia 22102
Telephone: (703) 712-5000
Facsimile: (703) 712-5050

*Counsel for Atlantic Coast Pipeline, LLC*

CERTIFICATE OF SERVICE

I, Henry L. Kitchin, Jr., of McGuireWoods LLP, certify:

That I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age; and

That on this day, I served copies of the foregoing, either by U.S. Mail, postage-prepaid, or via the Court's Case Management / Electronic Case Filing ("CM/ECF") system, on the following:

> Mr. Charles M. Lollar
> Lollar Law, PLLC
> 109 E. Main Street
> Suite 501
> Norfolk, VA 23510
> *Counsel for Defendants*

I certify under penalty of perjury that the foregoing is true and correct.

This the 11th day of May, 2018.

/s/ Henry L. Kitchin, Jr.
Henry L. Kitchin, Jr.
N.C. State Bar No. 23226
*Counsel for Atlantic Coast Pipeline, LLC*